■ In the Matter of JON E. PURIZHANSKY, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [825 NYS2d 387]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present— Hurlbutt, J.P., Martoche, Smith and Centra, JJ. (Filed Dec. 8, 2006.)

■ In the Matter of ROBERT J. ST. GEORGE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [825 NYS2d 387]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Hurlbutt, J.P., Martoche, Smith and Centra, JJ. (Filed Dec. 8, 2006.)

■ In the Matter of MICHAEL JOHN COLITZ, JR., for Reinstatement to the Practice of Law in the State of New York. [825 NYS2d 387]—Order entered denying application for reinstatement with leave to renew upon submission of proof of successful completion of the Multi-State Professional Responsibility Examination. Present—Scudder, P.J., Gorski, Green and Pine, JJ. (Filed Dec. 11, 2006.)

■ In the Matter of WILLIAM L. GOLDMAN, an Attorney, Resignor. [825 NYS2d 387]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Scudder, P.J., Gorski, Green and Pine, JJ. (Filed Dec. 18, 2006.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PENNINGTON, Appellant. [825 NYS2d 652]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MITCHELL, Appellant. [825 NYS2d 652]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Gorski and Smith, JJ.